```
ANNETTE WHITE DIXON            US ATTORNEY GENERAL
GERALD EDWARD DIXON            US DEPT OF JUSTICE
225 SOUTHGATE RD               950 PENNSYLVANIA AVENW
HATTIESBURG, MS 39401          WASHINGTON, DC 20530-0001


THOMAS C. ROLLINS, JR.         VANDERBILT MORTGAGE
THE ROLLINS LAW FIRM, PLLC     ATTN: BANKRUPTCY
P.O. BOX 13767                 PO BOX 9800
JACKSON, MS 39236              MARYVILLE, TN 37802


EXETER FINANCE LLC
ATTN: BANKRUPTCY
PO BOX 166008
IRVING, TX 75016


HATTIESBURG CLINIC
P.O. BOX 3488
TUPELO, MS 38803-3488



HATTIESBURG FINANCE
1910 HARDY ST
STE 30
HATTIESBURG, MS 39401


INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

REGIONAL FINANCE
979 BATESVILLE RD
GREER, SC 29651



SANTANDER CONSUMER USA
ATTN: BANKRUPTCY
PO BOX 961245
FORT WORTH, TX 76161
```