United States Bankruptcy Court
Southern District of Mississippi

| In re: | Case No. 25-50738-KMS |
|---|---|
| Annette White Dixon | Chapter 13 |
| Gerald Edward Dixon | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 21, 2025 | Form ID: dn007 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Annette White Dixon, Gerald Edward Dixon, 225 Southgate Rd, Hattiesburg, MS 39401-9074 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Annette White Dixon trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Gerald Edward Dixon trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6　　　　　　　　　　　　User: mssbad　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: May 21, 2025　　　　　　　　　　Form ID: dn007　　　　　　　　　　　　　Total Noticed: 1
TOTAL: 4

Form dn007−prepetcrcounseling (Rev. 11/18)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**  **Case No.:** 25−50738−KMS

**Chapter:** 13

Annette White Dixon  
aka Annette W. Dixon  
225 Southgate Rd  
Hattiesburg, MS 39401

Gerald Edward Dixon  
aka Gerald E. Dixon  
225 Southgate Rd  
Hattiesburg, MS 39401

**To: Debtor and his attorney**, if any:

### Notice of Missing Document

The Debtor and Joint Debtor must file the following on or before **June 3, 2025**.

- ☑ Certificate of Credit Counseling.
- ☐ Statement/Certification of Exigent Circumstances.
- ☐ Motion and Proposed Order in support of an exemption or waiver from credit counseling.

Failure to comply with this notice may result in dismissal of your bankruptcy case without further notice or hearing.

Dated: May 21, 2025

Danny L. Miller, Clerk of Court  
Dan M. Russell, Jr. U.S. Courthouse  
2012 15th Street, Suite 244  
Gulfport, MS 39501  
228−563−1790