Certificate Number: 17082-MSS-DE-039707663

Bankruptcy Case Number: 25-50738



17082-MSS-DE-039707663

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 28, 2025</u>, at <u>10:48</u> o'clock <u>AM MST</u>, <u>GERALD E DIXON</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date:   <u>May 28, 2025</u>              By:      <u>/s/Orsolya K Lazar</u>

Name:   <u>Orsolya K Lazar</u>

Title:   <u>Executive Director</u>