**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Annette White Dixon                                              Case No. 25-50738-KMS
         Gerald Edward Dixon  , Debtors                                   CHAPTER 13

**CERTIFICATE OF COMPLIANCE OF PROVISION OF**
**PAYMENT ADVICES TO CASE TRUSTEE**

    COMES NOW, Thomas C. Rollins, Jr., Counsel of Record for the above named Debtor and files this her certificate of compliance with the Court that payment advices required by 11 U.S.C. §521(a)(1)(B)(iv) have been provided to the duly appointed and acting Case Trustee, David Rawlings, P.O. Box 566, Hattiesburg, MS 39403-0566 pursuant to standing order of the United States Bankruptcy Court for the Southern District of Mississippi.

    WITNESS my signature on June 5, 2025.

                             /s/ Thomas C. Rollins, Jr.
                             Thomas C. Rollins, Jr. (MSBN 103469)
                             The Rollins Law Firm, PLLC
                             P.O Box 13767
                             Jackson, MS 39236
                             601-500-5533

**CERTIFICATE OF SERVICE**

    I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Certification on June 5, 2025.  All interested parties will receive electronic notification from the Court.

                             /s/ Thomas C. Rollins, Jr.
                             Thomas C. Rollins, Jr.