# CERTIFICATE OF TITLE

## STATE OF MISSISSIPPI — ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E G UNIT #) |
|---|---|---|---|---|---|---|
| JN1BJ1CV3LW280228 | NISS | 2020 | ROGUE SPOR | SW | | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 08/30/2023 | | 4 | USED | PC | 28492 ACTUAL |

**OWNER(S)**

DIXON, GERALD OR ANNETTE
225 SOUTHGATE RD
HATTIESBURG MS 39401-9074

**BRANDS**

**BENEFICIARY**

**1ST LIENHOLDER**

SANTANDER CONSUMER USA
PO BOX 961288
FORT WORTH TX 76161-0288

**DATE** 07/07/2023

**2ND LIENHOLDER**

**DATE**

**MAIL TO**

SANTANDER CONSUMER USA
PO BOX 961288
FORT WORTH TX 76161-0288

LIEN SATISFACTION THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF

1ST LIEN _____ (LIENHOLDER) BY _____ (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20____

2ND LIEN _____ (LIENHOLDER) BY _____ (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS THE 30TH DAY OF AUGUST 20 23

The Mississippi Department of Revenue hereby certifies that on application duly made the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21 1 Mississippi Code of 1972 and subject to the provisions thereof

**CONTROL NUMBER**

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED

**EXHIBIT B**