MSSB-7007.1-Bk (11/23)

# United States Bankruptcy Court
# Southern District of Mississippi

In re:  Annette White Dixon and Gerald Edward Dixon          Case No.:  25-50738-KMS

_____
*Debtor(s)*                                                   Chapter:  13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Santander Consumer USA Inc._____, a
[Name of Corporate Party]

**[Check One]**

[✔] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[✔] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

> Santander Consumer USA Holdings, Inc., 75 State Street, Boston, MA  02109
> Santander Consumer US, Inc., 1601 Elm Street, Dallas, TX  75201
> Banco Santander, S.A., Av. De Cantabria s/n, 28660 Boadilla del Monte Madrid, Madrid
> (wholly owns Santander Holdings USA, Inc.)

**OR**

[ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 7/3/25                */s/ Christopher D. Meyer*
                            Attorney Signature

                            Christopher D. Meyer          103467
                            Attorney Name                 State Bar Number

                            190 E. Capitol Street, M-100
                            Address

                            Jackson, MS  39201
                            City, State, and Zip Code

                            601-355-3434        cmeyer@burr.com
                            Telephone Number    Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**