

**SO ORDERED,**

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: August 14, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

| | |
|---|---|
| In re: | Case No.: 25-50738-KMS |
| Annette White Dixon and Gerald Edward Dixon, | Chapter: 13 |
| Debtors. | |

### AGREED ORDER ON OBJECTION OF SANTANDER BANK, N.A. TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

The Court has before it Creditor Santander Bank, N.A., as servicer for Santander Consumer USA Inc.'s ("SCUSA") Objection to Confirmation of Debtors' Chapter 13 plan (docket number 20) set for hearing on August 19, 2025. The parties have announced settlement and request the Court to approve same.

SCUSA's Claim related to that 2020 Nissan Rogue Sport bearing Vehicle Identification Number JN1BJ1CV3LW280228 (the "'Collateral") [Claim 4] shall be paid pursuant to SCUSA's Proof of Claim, with 10% interest. Additionally, SCUSA's lien on the Collateral shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328.

This lien retention language shall apply to Debtors' current Chapter 13 Plan, and any amendment or modification thereof.

##END OF ORDER##

*/s/ Thomas Carl Rollins, Jr.*
Thomas Carl Rollins, Jr.
*Attorney for Debtors*

*/s/ Christopher D. Meyer*
Christopher D. Meyer
*Attorney for Santander Bank, N.A., as servicer for Santander Consumer USA Inc.*

*/s/* /s/ Brian Wilson, Atty for
Attorney for David Rawlings
*Chapter 13 Trustee*

Submitted by:
Christopher D. Meyer, Esq. (MSB 103467)
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com

55545118 v1
62030390 v1