# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50738        **Case Name:** Annette White Dixon and Gerald Edward Dixon

**Set:** 08/19/2025 01:30 pm   **Chapter:** 13   **Type:** bk      **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by Exeter Finance LLC (Dkt. #18) - AGREED ORDER ENTERED 8/14/25

Objection to Confirmation filed by Santander Bank, NA (Dkt. #20) - AGREED ORDER ENTERED 8/14/25

Objection to Confirmation filed by the Trustee (Dkt. #24) - ORDER WITHDRAWING TO BE SUBMITTED BY DUNCAN; EMAIL RECEIVED FROM DUNCAN

---

Minute Entry Re: (related document(s): [8] Confirmation Hearing) Duncan to submit an Order withdrawing the Objection filed by the Trustee [24]. Order due by 09/02/2025. Confirmation hearing removed. (mcc)