United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-50738-KMS
Annette White Dixon  Chapter 13
Gerald Edward Dixon
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Aug 26, 2025      Form ID: n031      Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Annette White Dixon, Gerald Edward Dixon, 225 Southgate Rd, Hattiesburg, MS 39401-9074 |
| 5513003 | + | Hattiesburg Finance, 1910 Hardy St, Ste 30, Hattiesburg, MS 39401-4917 |
| 5519102 | + | Hattiesburg Finance Company, 1910 Hardy Street Ste. #30, Hattiesburg, MS 39401-4917 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 26 2025 19:35:51 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 26 2025 19:37:34 | Exeter Finance LLC, c/o Hogan Data Operations, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 26 2025 19:26:00 | Santander Bank, N.A., as servicer for Santander Co, 1601 Elm Street, Suite 800, Dallas, TX 75201-7260 |
| 5513004 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 26 2025 19:26:00 | Department of Treasury-Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5513001 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Aug 26 2025 19:36:40 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 5514944 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 26 2025 19:36:47 | Exeter Finance LLC Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5516286 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 26 2025 19:35:55 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 5513002 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Aug 26 2025 19:27:00 | Hattiesburg Clinic, P.A., 415 S 28th Ave, Hattiesburg, MS 39401-7283 |
| 5513005 | + | Email/Text: ebone.woods@usdoj.gov | Aug 26 2025 19:26:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5513198 | + | Email/Text: bankruptcy@regionalmanagement.com | Aug 26 2025 19:26:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 5513006 | + | Email/Text: bankruptcy@regionalmanagement.com | Aug 26 2025 19:26:00 | Regional Finance, 979 Batesville Rd, Greer, SC 29651-6819 |
| 5513007 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 26 2025 19:26:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5520033 | | Email/Text: enotifications@santanderconsumerusa.com | Aug 26 2025 19:26:00 | Santander Consumer USA Inc., Santander |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: n031 | Total Noticed: 19 |

| | | | | |
|---|---|---|---|---|
| 5513008 | ^ | MEBN | | Consumer USA Inc., 1601 Elm St., Ste. 800, Dallas, TX 75201-7260 |
| | | | Aug 26 2025 19:23:16 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5513009 | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Aug 26 2025 19:26:00 | Vanderbilt Mortgage, Attn: Bankruptcy, Po Box 9800, Maryville, TN 37802-9800 |
| 5520648 | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Aug 26 2025 19:26:00 | Vanderbilt Mortgage and Finance, Inc., PO BOX 9800, Maryville, TN 37802-9800 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher D Meyer | on behalf of Creditor Exeter Finance LLC cmeyer@burr.com sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| Christopher D Meyer | on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. cmeyer@burr.com, sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Annette White Dixon trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Gerald Edward Dixon trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50738−KMS
**Chapter:** 13

**In re:**

| | |
|---|---|
| Annette White Dixon<br>aka Annette W. Dixon<br>225 Southgate Rd<br>Hattiesburg, MS 39401 | Gerald Edward Dixon<br>aka Gerald E. Dixon<br>225 Southgate Rd<br>Hattiesburg, MS 39401 |

### Notice of Entry of Order Confirming Plan

The Court entered an Order on August 26, 2025 (Dkt. # 32 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: August 26, 2025                                    Danny L. Miller, Clerk of Court