## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Annette White Dixon                                Case No. 25-50738-KMS
          Gerald Edward Dixon, Debtors                       CHAPTER 13

### ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE having come on this date on the Debtors' Motion to Modify Plan (DK #___), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors by _____, does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Modify Plan is granted. Debtors shall surrender the Chevrolet Silverado 1500 to Creditor, Exeter Finance LLC; the 2024 John Deere X350, trailer, and pressure washer to Creditor, Hattiesburg Finance Company. The bankruptcy plan payments shall be reduced to the amount necessary to cease ongoing distributions to Exeter Finance LLC and Hattiesburg Finance Company. and to continue to pay the priority and secured claims as ordered in the confirmed Plan. This Order binds those creditors and parties in interest that have been properly served.  Trustee is authorized to adjust the wage order, if needed, for the modification and to cure any deficiency if it exists.  Debtors must make payments as specified by modification.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR