IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI


IN RE:      ANNETTE WHITE DIXON
            AND GERALD EDWARD DIXON,
            DEBTOR(S)

                                              CHAPTER 13 BANKRUPTCY
                                              CASE NO. 25-50738-KMS

DAVID RAWLINGS, TRUSTEE


### TRUSTEE'S RESPONSE TO
### MOTION TO MODIFY PLAN


COMES NOW, the Chapter 13 Trustee, David Rawlings, by and through his attorney, and

files this Response to the Debtor's Motion to Modify Plan (Docket No. 38), and says that a -0-

distribution to the unsecured creditors will require a Plan payment of approx. $903.

                        Respectfully submitted,

                        DAVID RAWLINGS, TRUSTEE

                        BY:  /s/Samuel J. Duncan
                             Samuel J. Duncan,
                             His Attorney


Samuel J. Duncan
Attorney for Chapter 13 Trustee
Post Office Box 566
Hattiesburg, MS 39403-0566
Telephone: (601) 582-5011
Miss. Bar No. 6234

−2−

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have on this day forwarded a true and correct copy of the foregoing Response, via the Court's ecf filing system, to: the US Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; and TC Rollins.

So certified on this the 17th day of June, 2026.

_/s/Samuel J. Duncan_
Samuel J. Duncan