# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50738          **Case Name:** Annette White Dixon and Gerald Edward Dixon

**Set:** 08/11/2026 01:30 pm   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter**   Motion and Notice to Modify Chapter 13 Plan with Certificate of Service Date of Service: 6/16/2026 Filed by Debtor Annette White Dixon, Joint Debtor Gerald Edward Dixon Objections due 07/16/2026. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Attachments: # 1 Proposed Order)  (Dkt. #38)

Response filed by the Trustee (Dkt. #39)

---

Minute Entry Re: (related document(s): [38] Motion and 30 Day Notice to Modify Plan filed by Annette White Dixon, Gerald Edward Dixon) Rollins to submit an Agreed Order. Order due by 08/25/2026. Email received from Duncan. (mcc)