_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 7, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:**    **Annette White Dixon** | **Case No. 25-50738-KMS** |
|         **Gerald Edward Dixon, Debtors** | **CHAPTER 13** |

### AGREED ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE came before the Court on the Debtors' Motion to Modify Bankruptcy Plan (Docket No. 38) and the Chapter 13 Trustee's Response thereto (Docket No. 39). The Debtors and the Chapter 13 Trustee have agreed to the relief set forth below, and the Court finds that the Motion should be granted as modified herein.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Debtors' Motion to Modify Bankruptcy Plan is granted as follows:

**1.** The Debtors shall surrender the Chevrolet Silverado 1500 to Exeter Finance LLC and shall surrender the 2024 John Deere X350, trailer, and pressure washer to Hattiesburg Finance Company. Ongoing distributions to those creditors shall cease.

**2.** The Chapter 13 Trustee is authorized to calculate and set the Debtors' plan payment at the amount necessary to implement this modification, including payment of all remaining secured, priority, and administrative claims required by the confirmed Plan, while providing a zero percent (0%) distribution to nonpriority unsecured creditors.

**3.** The Chapter 13 Trustee is further authorized to adjust the wage order as necessary and to include in the plan payment any amount needed to cure an existing or projected deficiency, including any deficiency associated with ongoing mortgage payments paid through the Plan.

**4.** Except as modified by this Order, all other provisions of the confirmed Plan shall remain in full force and effect. The Debtors shall make payments in the amount established by the Chapter 13 Trustee pursuant to this Order.

**##END OF ORDER##**

**AGREED AND APPROVED:**

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

**ATTORNEYS FOR DEBTORS**

/s/ Samuel J. Duncan
Samuel J. Duncan (MS Bar No. 6234)
Attorney for Chapter 13 Trustee
Post Office Box 566
Hattiesburg, MS 39403-0566
(601) 582-5011

**ATTORNEY FOR CHAPTER 13 TRUSTEE**