United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                    Case No. 25-50738-KMS

Annette White Dixon                                                       Chapter 13

Gerald Edward Dixon

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 07, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2026:**

**Recip ID**              **Recipient Name and Address**
db/jdb           +  Annette White Dixon, Gerald Edward Dixon, 225 Southgate Rd, Hattiesburg, MS 39401-9074

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2026           Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher D Meyer | on behalf of Creditor Exeter Finance LLC cmeyer@burr.com  kpitts@burr.com |
| Christopher D Meyer | on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. cmeyer@burr.com, kpitts@burr.com |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Annette White Dixon trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Aug 07, 2026 | Form ID: pdf012 | Total Noticed: 1 |

Thomas Carl Rollins, Jr

on behalf of Joint Debtor Gerald Edward Dixon trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7



SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 7, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**    **Annette White Dixon**                    **Case No. 25-50738-KMS**
              **Gerald Edward Dixon, Debtors**                        **CHAPTER 13**

## AGREED ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE came before the Court on the Debtors' Motion to Modify Bankruptcy Plan (Docket No. 38) and the Chapter 13 Trustee's Response thereto (Docket No. 39). The Debtors and the Chapter 13 Trustee have agreed to the relief set forth below, and the Court finds that the Motion should be granted as modified herein.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Debtors' Motion to Modify Bankruptcy Plan is granted as follows:

**1.** The Debtors shall surrender the Chevrolet Silverado 1500 to Exeter Finance LLC and shall surrender the 2024 John Deere X350, trailer, and pressure washer to Hattiesburg Finance Company. Ongoing distributions to those creditors shall cease.

**2.** The Chapter 13 Trustee is authorized to calculate and set the Debtors' plan payment at the amount necessary to implement this modification, including payment of all remaining secured, priority, and administrative claims required by the confirmed Plan, while providing a zero percent (0%) distribution to nonpriority unsecured creditors.

**3.** The Chapter 13 Trustee is further authorized to adjust the wage order as necessary and to include in the plan payment any amount needed to cure an existing or projected deficiency, including any deficiency associated with ongoing mortgage payments paid through the Plan.

**4.** Except as modified by this Order, all other provisions of the confirmed Plan shall remain in full force and effect. The Debtors shall make payments in the amount established by the Chapter 13 Trustee pursuant to this Order.

**##END OF ORDER##**

**AGREED AND APPROVED:**

/s/ Thomas C. Rollins, Jr.  
Thomas C. Rollins, Jr. (MS Bar No. 103469)  
The Rollins Law Firm, PLLC  
P.O. Box 13767  
Jackson, MS 39236  
(601) 500-5533  

**ATTORNEYS FOR DEBTORS**

/s/ Samuel J. Duncan  
Samuel J. Duncan (MS Bar No. 6234)  
Attorney for Chapter 13 Trustee  
Post Office Box 566  
Hattiesburg, MS 39403-0566  
(601) 582-5011  

**ATTORNEY FOR CHAPTER 13 TRUSTEE**