**OFFICE OF THE STANDING TRUSTEE**
**IN PROCEEDINGS UNDER CHAPTER 13 OF THE**
**UNITED STATES BANKRUPTCY CODE**

**DAVID RAWLINGS, TRUSTEE**
**P.O. BOX 566**
**HATTIESBURG, MS  39403**
**TELEPHONE (601) 582-5011**

DATE:  August 10, 2026

ANNETTE WHITE DIXON
GERALD EDWARD DIXON
225 Southgate Rd
Hattiesburg, MS  39401

**RE:     NEW PLAN PAYMENT:  $859.00**
          Case No.  25-50738 KMS

**REASON FOR DECREASE:  ORDER TO SURRENDER COLLATERAL TO HATTIESBURG FINANCE AND EXETER FINANCE, REDUCE UNSECURED TO 0% AND REDUCE PLAN PAYMENTS**

Dear Debtors:

Your Chapter 13 Plan payment has been decreased to the above stated sum.

If you are paying direct, then your monthly Plan payment will be the above sum and your Chapter 13 Plan will pay out within the time that you originally proposed. If you are on a Wage Order, a new Wage Order will be sent to your employer and the new amount of your Plan payment will be withheld from your wages.

A copy of this letter is being forwarded to your attorney.

OFFICE OF THE STANDING TRUSTEE

/s/  DAVID RAWLINGS, TRUSTEE

COUNSEL FOR DEBTORS:

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS  39236